PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Antwon Yarbrough                Cr.: 13-00778-001
                                                  PACTS #: 67991

Name of Assigned Judicial Officer:   THE HONORABLE WILLAIM H. WALLS
                                     SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: October 21, 2014

Original Offenses: Interference with Commerce by Threat of Violence

Original Sentence: 50 months Imprisonment, 3 years of supervised release

Special Conditions: Substance abuse testing and treatment, No New Debt, $100 Special Assessment, $3,014.75 in Restitution

Type of Supervision: Supervised Release                Date Supervision Commenced: 07/03/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1.                  As a result of completing ReNew Court and receiving a reduction to his term of supervised release, the offender's term is scheduled to expire on July 2, 2019. Currently, Yarbrough has an outstanding restitution balance of $2,691.01. The offender will be unable to fully satisfy the balance prior to the scheduled date of expiration of his term of supervised release.

U.S. Probation Officer Action:

We are requesting that the offender's supervised release term be allowed to expire on July 2, 2019, as the Financial Litigation Unit will pursue collection of the remaining restitution balance.

Respectfully submitted,

*Kevin P. Egli*
By: Kevin P. Egli
Senior U.S. Probation Officer
Date: 06/24/2019

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ Allow Supervised Release to terminate on July 2, 2019 with outstanding restitution (as recommended by the Probation Office).

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

_____
Date